# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.   08-cr-00376-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   IVAN WEBB,

    Defendant.

## MINUTE ORDER[1]

On March 8, 2013, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing in this matter.   After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1.   That on **March 21, 2013**, commencing at 10:00 a.m., the court shall conduct the revocation of supervised release hearing; and

2.   That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  March 8, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.